IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: MICHAEL GREEN & TRACEY L SAIN      )
                                          )
                                          )
AMERICAN HOME MORTGAGE SERVICING, INC.    )
AS SUCCESSOR IN INTEREST TO OPTION ONE    )
MORTGAGE/WELLS FARGO BANK,                )
         Creditor,                        )
                                          )
   vs.                                    )  CASE NO. 08B04681
                                          )  JUDGE SUSAN PIERSON SONDERBY
MICHAEL GREEN & TRACEY L SAIN,            )
         Debtor                           )
                                          )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage/Wells Fargo Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of February 17, 2011.

   | | | |
   |---|---|---:|
   | | a. Attorney's Fees | $250.00 |
   | | b. Payment 3/11 @ $809.47 | $809.47 |
   | | c. BPO | $285.00 |
   | | d. Late Charges | $31.33 |
   | | e. Suspense | ($5.72) |
   | | Total | $1,370.08 |

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, American Home Mortgage Servicing, Inc. as successor in interest to Option One Mortgage/Wells Fargo Bank rights to collect these amounts will remain unaffected.

    Respectfully Submitted,
American Home  Mortgage Servicing, Inc. as successor in interest to Option One Mortgage/Wells Fargo Bank

/s/Christopher M. Brown
Christopher M. Brown
ARDC#6271138

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088